## John H. Thompson, Appellee, v. Elgin, Joliet and Eastern Railway Company, Appellant.

**Gen. No. 43,443.**

opinion filed November 19, 1946; released for publication December 3, 1946. Knapp, Cushing, Hershberger & Stevenson, for appellant; Harlan L. Hackbert, of counsel; Lester E. Williams, for appellee; Leo S. Karlin, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.**